UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME EUGENE TODD,

    *Petitioner,*

v.                                                        CASE NO. 5:16-cv-00151-MP-CAS

NICOLE ENGLISH, ET AL.,

    *Respondents.*

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 9, 2016. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Furthermore, the Court notes Petitioner has outstanding motions and a notice of lis pendes; the Court finds that Petitioner's motions are without merit and they are therefore denied.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** for lack of jurisdiction.

3. All remaining pending motions are **DENIED.**

4. The clerk is directed to close the file.

**SO ORDERED on October 18, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**